

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00447-CV

REZA VAFAIYAN ($381,244.75 IN                                    APPELLANT
U.S. CURRENCY, 2000 PONTIAC
GRAND AM, 2001 FORD PICKUP
TRUCK, AND THE PROCEEDS OF
THE SALE OF THE PROPERTY
LOCATED AT 2900 KYLE COVE)

V.

THE STATE OF TEXAS                                               APPELLEE

------------

## FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On October 7, 2013, we ordered that appellant's brief would be due November 21, 2013 and that his failure to comply with our order would result in the appeal being dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). We have not received an appellant's brief.

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Additionally, appellant's motion to stay filed on January 9, 2013 is **DENIED AS MOOT**.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  January 16, 2014